CO-386
10/2018

# United States District Court
# For the District of Columbia

NATIONAL ASSOCIATION OF THE DEAF, et al., )
)
)
)
Plaintiff )   Civil Action No. __25-cv-1683__
vs )
DONALD J. TRUMP, in his official capacity as President of the United States, et al., )
)
)
)
Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __National Association of the Deaf__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __National Association of the Deaf__ which have any outstanding securities in the hands of the public:

Counsel of record for Plaintiff National Association of the Deaf ("NAD") certifies that NAD has no parent corporations, subsidiaries, or affiliates, and has no outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Ian S. Hoffman
_____
Signature

983419
_____
BAR IDENTIFICATION NO.

Ian S. Hoffman
_____
Print Name

601 Massachusetts Ave, NW
_____
Address

Washington, DC   20001
_____
City         State         Zip Code

(202) 942-6406
_____
Phone Number