UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF THE DEAF, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 25-cv-1683 (AHA) |

**JOINT MOTION TO VACATE ANSWER DEADLINE
AND SET DEADLINE FOR JOINT STATUS REPORT**

　　By default, Defendants have a deadline of July 28, 2025, to answer the complaint or move to dismiss in this matter. *See* Fed. R. Civ. P. 12(a)(2), 12(a)(4), 12(b). For good cause, to allow the parties time to confer about an efficient path forward after the Court issues a decision on Plaintiffs' currently pending preliminary-injunction motion, the parties respectfully request that the July 28 deadline be vacated. In its place, the parties respectfully request that after the Court rules on Plaintiffs' preliminary-injunction motion (ECF No. 2), a Joint Status Report deadline be calendared for ten days after the date of the ruling.

　　Counsel for the parties have conferred regarding this relief. This is the first motion to alter the Rule 12 response deadline, and no extension of time has previously been granted to either party in this matter. No party will be prejudiced by the requested change to the schedule, and granting this motion will have no effect on any other existing deadlines. The parties will promptly confer and propose deadlines for next steps in the case in the Joint Status Report.

Dated: July 22, 2025

| | |
|---|---|
| BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division<br><br>ERIC J. HAMILTON<br>Deputy Assistant Attorney General<br><br>ELIZABETH HEDGES<br>Counsel to the Assistant Attorney General<br>Civil Division<br><br>DIANE KELLEHER<br>Director<br>Civil Division, Federal Programs Branch<br><br>/s/ *Tyler J. Becker*<br>TYLER J. BECKER<br>Counsel to the Assistant Attorney General<br>Civil Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530<br>(202) 514-4052<br>tyler.becker@usdoj.gov<br><br>*Counsel for Defendants* | /s/ *Ian S. Hoffman* (by permission)<br>Ian S. Hoffman (D.C. Bar No. 983419)<br>Alex E. Sirio (D.C. Bar No. 1724703)<br>Samuel D. Kleinman (D.C. Bar No. 1736463)<br>ARNOLD & PORTER<br> KAYE SCHOLER LLP<br>601 Massachusetts Avenue NW<br>Washington, DC 20001-3743<br>Telephone: (202) 942-5000<br>Fax: (202) 942-5999<br>ian.hoffman@arnoldporter.com<br>alex.sirio@arnoldporter.com<br>sam.kleinman@arnoldporter.com<br><br>Caitlyn Lewis Kellerman (admitted *pro hac vice*)<br>ARNOLD & PORTER<br> KAYE SCHOLER LLP<br>250 W 55th Street<br>New York, NY 10019<br>Telephone: (212) 836-7751<br>caitlyn.kellerman@arnoldporter.com<br><br>Brittany Shrader (admitted *pro hac vice*)<br>Drake W. Darrah (admitted *pro hac vice*)<br>Alexander Van Hook (admitted *pro hac vice*)<br>NAD Law and Advocacy Center<br>8630 Fenton Street, Suite 820<br>Silver Spring, MD 20910<br>Telephone: (301) 587-1788<br>Fax: (301) 587-1791<br>brittany.shrader@nad.org<br><br>*Counsel for Plaintiffs* |