# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NATIONAL ASSOCIATION OF THE DEAF, *et al.*,

              Plaintiffs,

              v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

              Defendants.

Civil Action No. 25-cv-1683 (AHA)

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Motion to Vacate Answer Deadline and Set Deadline for Joint Status Report, it is hereby **ORDERED** that the motion is **GRANTED**. The deadline of July 28, 2025, for Defendants to answer the complaint or move to dismiss is **VACATED**. The parties shall, no later than ten (10) days after the entry of an order on Plaintiffs' Motion for a Preliminary Injunction (ECF No. 2), file a Joint Status Report proposing deadlines for next steps in this case.

Dated: _____

_____
United States District Judge

Under LCvR 7(k), the following attorneys are entitled to be notified of the entry of this

order:

Elizabeth Hedges
Tyler J. Becker
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

Ian S. Hoffman
Alex E. Sirio
Samuel D. Kleinman
ARNOLD & PORTER
 KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001-3743

Caitlyn Lewis Kellerman (admitted *pro hac vice*)
ARNOLD & PORTER
 KAYE SCHOLER LLP
250 W 55th Street
New York, NY 10019

Brittany Shrader (admitted *pro hac vice*)
Drake W. Darrah (admitted *pro hac vice*)
Alexander Van Hook (admitted *pro hac vice*)
NAD Law and Advocacy Center
8630 Fenton Street, Suite 820
Silver Spring, MD 20910