UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF THE DEAF, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-cv-1683 |

**PLAINTIFF MATTTHEW BONN'S NOTICE OF VOLUNTARY DISMISSAL
OF HIS CLAIMS AGAINST DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Matthew Bonn voluntarily dismisses without prejudice his claims against Defendants. This notice is proper under Rule 41(a)(1)(A)(i) because no Defendant has served an answer or motion for summary judgment.

This notice has no effect on the claims of Plaintiff National Association of the Deaf or Plaintiff Derrick Ford.

| | |
|---|---|
| Dated: July 25, 2025 | /s/ Ian Hoffman |
| | Ian S. Hoffman (D.C. Bar No. 983419) |
| | Alex E. Sirio (D.C. Bar No. 1724703) |
| | ARNOLD & PORTER |
| | KAYE SCHOLER LLP |
| | 601 Massachusetts Avenue NW |
| | Washington, DC 20001-3743 |
| | Telephone: (202) 942-5000 |
| | Fax: (202) 942-5999 |
| | ian.hoffman@arnoldporter.com |
| | alex.sirio@arnoldporter.com |
| | |
| | Caitlyn Lewis Kellerman (admitted *pro hac vice*) |
| | ARNOLD & PORTER |
| | KAYE SCHOLER LLP |
| | 250 W 55th Street |
| | New York, NY 10019 |
| | Telephone: (212) 836-7751 |
| | caitlyn.kellerman@arnoldporter.com |
| | |
| | Brittany Shrader (admitted *pro hac vice*) |
| | Drake W. Darrah (admitted *pro hac vice*) |
| | Alexander Van Hook (admitted *pro hac vice*) |
| | NAD Law and Advocacy Center |
| | 86 30 Fenton Street, Suite 820 |
| | Silver Spring, MD 20910 |
| | Telephone: (301) 587-1788 |
| | Fax: (301) 587-1791 |
| | brittany.shrader@nad.org |
| | |
| | *Counsel for Plaintiffs* |