AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

National Association of the Deaf, et al.
*Plaintiff*
v.
Donald J. Trump, et al.
*Defendant*

Case No. 1:25-cv-01683-AHA

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Defendants.

Date: 11/05/2025

/s/ Christian Dibblee
*Attorney's signature*

Christian Dibblee (D.C. Bar No. 90002557)
*Printed name and bar number*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, DC 20005
*Address*

christian.r.dibblee@usdoj.gov
*E-mail address*

(202) 353-5980
*Telephone number*

(202) 514-8640
*FAX number*