# Exhibit A

This exhibit provides examples demonstrating that several presidential press events were announced to the press pool on very short notice, often less than two hours before they occurred. Each entry provides the contemporaneous pool-report citation showing the announcement and the corresponding delivery time for the remarks.

**Example #1:  "Remarks by President Biden on Maintaining a Resilient Banking System"**

Notice of President Biden's remarks was provided to the press pool at 7:55 a.m. ET and were delivered at 9:00 a.m. ET.  *Pool Reports of March 13, 2023*, The American Presidency Project,  https://www.presidency.ucsb.edu/documents/pool-reports-march-13-2023,  at  9:00  a.m. ("Pool Report #1") (last visited Nov. 10, 2025).



*See* The Biden White House (Mar. 13, 2023), *President Biden Delivers Remarks on the Economy*, https://www.youtube.com/watch?v=dLVbVqqsXF8 (last visited Nov. 10, 2025).

**Example #2:  "President Biden Delivers Remarks on the United States' Response to Recent Aerial Objects"**

Notice of President Biden's remarks was provided to the press pool at 1:04 p.m. and were delivered at 2:00 p.m. ET.  The American Presidency Project, *Pool Reports of February 16, 2023*, https://www.presidency.ucsb.edu/documents/pool-reports-february-16-2023, at 1:04 p.m. ("Pool Report #7") (last visited Nov. 10, 2025).





*See* The Biden White House (Feb. 16, 2023), *President Biden Delivers Remarks on the United States' Response to Recent Aerial Objects*, https://www.youtube.com/watch?v=rEibBLZXweA (last visited Nov. 10, 2025).

**<u>Example #3: "President Biden Delivers Remarks on the Collapse of the Francis Scott Key Bridge"</u>**

Notice of President Biden's remarks was provided to the press pool at 12:37 p.m. and were delivered at approximately 12:55 p.m. ET. The American Presidency Project, *Pool Reports of March 26, 2024*, https://www.presidency.ucsb.edu/documents/pool-reports-march-26-2024, at 12:38 p.m. & 12:53 p.m. ("Pool Reports #3 & #4") (last visited Nov. 10, 2025).



*See* The Biden White House (Mar. 26, 2024), *President Biden Delivers Remarks on the Collapse of the Francis Scott Key Bridge*, https://www.youtube.com/watch?v=Q4H8zpJUyDw (last visited Nov. 10, 2025).