# Exhibit B

This exhibit shows examples of press conference delivered by state governors to address various emergency situations.   As the screenshots below illustrate, ASL interpreters were physically on stage near the speaker or were portrayed in a picture-in-picture format.

**Example #1**

On August 12, 2023, Governor Green delivered a press conference in the aftermath of the Maui wildfires:



*See* Hawaii News Now, *Full News Conference: Governor says death toll from Maui wildfire rises to 89*, https://www.youtube.com/watch?v=zm_xx5peLJQ (last visited Nov. 10, 2025).

**Example #2**

On August 20, 2023, Governor Newsom delivered a press conference to address Tropical

Strom Hilary and earthquakes in southern California:



*See* FOX 11 Los Angeles, *Governor Newsom addresses Tropical Storm Hilary, SoCal earthquakes*, https://www.youtube.com/watch?v=B-5oES2-_U0 (last visited Nov. 10, 2025).

## **Example #3**

On September 11, 2024, Governor Landry gave a press conference regarding the approach

of Hurricane Francine.



*See* PBS NewsHour, *WATCH LIVE: Louisiana's governor holds news conference on approaching Hurricane Francine*, https://www.youtube.com/watch?v=m7mxHdKB0qo (last visited Nov. 10, 2025).

**Example #4**

On September 29, 2024, Governor Cooper delivered a press conference regarding the recovery from Tropical Storm Helene.



*See* WYFF News 4, *North Carolina Governor Roy Cooper holds press conference on storm recovery after Helene*, https://www.youtube.com/watch?v=1rTp9OGsVSU (last visited Nov. 10, 2025).

**Example #5**

On October 7, 2024, Governor DeSantis press delivered a press conference regarding the

approach of Hurricane Milton.



*See* Reuters, *LIVE: Florida governor DeSantis holds news conference on Hurricane Milton*, https://www.youtube.com/watch?v=JYSx6fKVfUs (last visited Nov. 10, 2025).

5

**Example #6**

On February 18, 2025, Governor Youngkin held a press conference regarding flooding and

a winter storm.



*See* Forbes Breaking News, *BREAKING: Virginia Gov. Glenn Youngkin Holds Briefing On Recent Flooding And Upcoming Winter Storm*, https://www.youtube.com/watch?v=v3D24ZSHoTU (last visited Nov. 10, 2025).

**Example #7**

On July 6, 2025, Governor Abbott delivered a press conference the recovery from flooding in Texas.



*See* Face the Nation, *Gov. Greg Abbott addresses Texas flood recovery efforts*, https://www.youtube.com/watch?v=MQwI3SEwfM4 (last visited Nov. 10, 2025).